Julius Oppenheimer, appellant, v. Theodore Dannis, appellee. Gen. No. 33,321.

Opinion filed April 22, 1929.

Mary Lee Colbert and Charles H. Pease, for appellant. Harry D. Knight, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Dennis J. Carroll, appellee, v. Thomas J. Houston et al., appellants. Gen. No. 33,340.

Opinion filed April 22, 1929. Rehearing denied May 6, 1929.

Samuel A. Ettelson, Corporation Counsel, James W. Breen, First Assistant Corporation Counsel and Francis J. Vurpillat, Assistant Corporation Counsel, for appellants; Francis J. Vurpillat, of counsel on the brief. Benjamin C. Bachrach, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

John Uridel, appellee, v. H. W. Miller, appellant. Gen. No. 33,225.

Opinion filed April 22, 1929.

West & Eckhart, for appellant; Paul Hassell and Joseph D. Bryan, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Emma Palmer, appellee, v. The John Hancock Mutual Life Insurance Company, appellant. Gen. No. 33,294.

O'Connor, P. J., dissents. Opinion filed April 22, 1929.

Hoyne, O'Connor & Rubinkam, for appellant. Oscar Thonander, for appellee.

Mr. Justice Matchett delivered the opinion of the court.